IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Vendlinski Jr, Bernard J

Printed: 10/29/08

Case Number: 08 B 00428
Judge: Squires, John H
Filed: 1/9/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: August 22, 2008
Confirmed: March 5, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 5,073.20 |  |
| Secured: |  | 1,552.09 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,193.40 |
| Trustee Fee: |  | 327.71 |
| Other Funds: |  | 0.00 |
| Totals: | 5,073.20 | 5,073.20 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Zalutsky & Pinski Ltd | Administrative | 3,854.00 | 3,193.40 |
| 2. | Wells Fargo Auto Finance | Secured | 13,480.63 | 1,552.09 |
| 3. | Sallie Mae | Unsecured | 496.08 | 0.00 |
| 4. | American Student Assistance | Unsecured | 5,175.70 | 0.00 |
| 5. | American Express Centurion | Unsecured | 2,809.32 | 0.00 |
| 6. | Commonwealth Edison | Unsecured | 120.34 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 744.70 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 982.14 | 0.00 |
| 9. | American Express Centurion | Unsecured | 43.86 | 0.00 |
| 10. | Wells Fargo Auto Finance | Unsecured | 2,186.45 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 63.25 | 0.00 |
| 12. | Check Into Cash | Unsecured |  | No Claim Filed |
| 13. | Food & Wine | Unsecured |  | No Claim Filed |
| 14. | Life Works Of Southwest General | Unsecured |  | No Claim Filed |
|  |  |  | $ 29,956.47 | $ 4,745.49 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 13.35 |
| 6.5% | 270.22 |
| 6.6% | 44.14 |
|  | $ 327.71 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Vendlinski Jr, Bernard J

Printed: 10/29/08

Case Number:  08 B 00428
Judge:  Squires, John H
Filed:  1/9/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                Marilyn O. Marshall, Trustee, by:

